IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-14842-DD

NAM DANG,
by and through his Power of Attorney,
Vina Dang,

                              Plaintiff - Appellant,

versus

SHERIFF, SEMINOLE COUNTY FLORIDA,
OLUGBENGA OGUNSANWO, M.D.,
SANDRA WILT, RN,
BRENDA PRESTON-MAYLE, RN,
ALECIA SCOTT, LPN,
in their individual capacities, et al.,

                              Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Florida

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

BEFORE: ROSENBAUM, BLACK and SENTELLE,* Circuit Judges.

PER CURIAM:

The Petition(s) for Rehearing are DENIED and no Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc (Rule 35, Federal Rules of Appellate Procedure), the Petition(s) for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

_____
UNITED STATES CIRCUIT JUDGE

* Honorable David Bryan Sentelle, United States Circuit Judge for the District of Columbia, sitting by designation.
ORD-42

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 15-14842-DD

NAM DANG,
by and through his Power of Attorney,
Vina Dang,

              Plaintiff - Appellant,

versus

SHERIFF, SEMINOLE COUNTY FLORIDA,
OLUGBENGA OGUNSANWO, M.D.,
SANDRA WILT, RN,
BRENDA PRESTON-MAYLE, RN,
ALECIA SCOTT, LPN,
in their individual capacities, et al.,

              Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Florida

BEFORE: ROSENBAUM, BLACK and SENTELLE,* Circuit Judges.

PER CURIAM:

The petition(s) for panel rehearing filed by NAM DANG, by and through his Power of Attorney, VINA DANG is DENIED.

ENTERED FOR THE COURT:

*[signature]*
UNITED STATES CIRCUIT JUDGE

* Honorable David Bryan Sentelle, United States Circuit Judge for the District of Columbia, sitting by designation.

ORD-41